# Fifth District Court of Appeal
## State of Florida
_____

Case No. 5D2024-1440
LT Case Nos. 1985-CF-11307-B
1989-CF-13863-A
_____

WALTER LEE BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Walter Lee Brown, Madison, pro se.

No Appearance for Appellee.

July 23, 2024

PER CURIAM.

AFFIRMED.

WALLIS, LAMBERT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____